JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
    Melanie.Proctor@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JATINDER SINGH, | No. C 10-00385 EDL |
|           Plaintiff, | |
|      v. | **STIPULATION TO DISMISS;** ~~PROPOSED~~ **ORDER** |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security; et al. | |
|           Defendants. | |

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION
No. C 10-00385 EDL

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.


Dated: April 19, 2010                          Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney


                                               _____/s/_____
                                               MELANIE L. PROCTOR[1]
                                               Assistant United States Attorney
                                               Attorneys for Defendants


Dated: April 16, 2010                          _____/s/_____
                                               JAMES MAKASIAN
                                               Attorney for Plaintiff


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:  June 3, 2010                            _Elizabeth D. Laporte_
                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 10-00385 EDL                    2