JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6831
    Facsimile: (415) 436-6982
    E-mail: aaron.wegner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> HUY TRINH et al., ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | No.   CR-10-0385-SI <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 4, 2010, TO JULY 30, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

      On June 4, 2010, co-defendants Huy Trinh, Lan Jin, and Andy Wong made their Initial Appearance in front of the Court. At that time, the government stated discovery production was ongoing and the Court continued the case until July 30, 2010, to allow defense counsel an opportunity to review discovery. Over the objection of counsel for defendant Andy Wong, the Court agreed to exclude time under the Speedy Trial Act until July 30, 2010.

      With the agreement of the parties (with the exception of defendant Andy Wong), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h), from June 4, 2010, through July 30, 2010.

1   With the exception of counsel for defendant Andy Wong, the parties agree, and the Court finds and holds, as follows:

1. The defendants agree to an exclusion of time under the Speedy Trial Act from June 4, 2010, through July 30, 2010, based upon the need for effective preparation of counsel and to provide the defendants an opportunity to review discovery.  The defendants agree to this exclusion on the condition that their right to bring motions claiming Speedy Trial Act violations prior to June 4, 2010, shall remain preserved.

2. Counsel for the defendants believes that the exclusion of time is their clients' best interest.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 4, 2010, through July 30, 2010, outweigh the best interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendants, the Court orders the period from June 4, 2010, through July 30, 2010, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

STIPULATED:

DATED:   6/23/2010             /s/
                               STEVE GRUEL
                               Attorney for Defendant Huy Trinh

DATED:   6/23/2010             /s/
                               JEFFERY SCHWARTZ
                               Attorney for Defendant Lan Jin

DATED:   6/23/2010             /s/
                               AARON D. WEGNER
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____          _____
                               HON. SUSAN ILLSTON
                               United States District Judge